# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re:     Constance M. Brown | ) | 06 B 10787 |
| | ) | |
| Debtor(s) | ) | **Judge Carol A. Doyle** |

### *Notice Of Motion/ Certificate Of Service*

Constance M. Brown
9821 S Tripp Ave
Oak Lawn, IL  60453

Joseph P Doyle
105 S Roselle Rd
Schaumburg, IL  60193

On 11/09/06 at 10:30 A.M. I will appear in:

Courtroom 742
219 S Dearborn St
Chicago, IL  60604
USA   and present this motion, a copy of which is hereby served upon you.  I certify under penalty of perjury that I caused a copy of this notice be mailed to the above listed persons by first class US mail, postage prepaid, on or before 10/20/06.

/s/ O. Anthony Olivadoti
Anthony Olivadoti
for Marilyn O Marshall, Trustee

---

### *Motion to Dismiss for Unreasonable Delay*

COMES NOW Marilyn O Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 USC §1307(c), and in support thereof states the following:

1. Debtor(s) filed for chapter 13 on August 31, 2006.

2. Debtor(s) have/has failed to satisfy the requirements of the bankruptcy code and meet their burden to confim a plan in a reasonable time.

3. Debtor(s) failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ O. Anthony Olivadoti
Anthony Olivadoti
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee
224 South Michigan Ave. Suite 800
Chicago, Illinois 60604 (312)431-1300